■ MARTIN G. O'REILLY et al., Appellants, v HERMAN JENKINS et al., Respondents.—Order, Supreme Court, New York County (Helen Freedman, J.), entered on or about February 20, 1992, unanimously affirmed for the reasons stated by

Freedman, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Asch and Rubin, JJ.